thereto, and appellees' motion to exceed page limits of the lodged petition for rehearing or rehearing en banc, the responses to appellees' petition, and the motion of Brady Campaign to Prevent Gun Violence, et al., for leave to file the lodged brief as amici curiae in support of the petition filed by appellants (District of Columbia, et al.), it is

ORDERED that the motions are granted and the Clerk is directed to file the lodged petition of appellees for rehearing or rehearing en banc and the lodged brief of amici curiae in support of petition. It is

FURTHER ORDERED by the merits division * that the petitions for rehearing are denied; and it appearing that the majority of the judges of this court has voted to grant the petitions for rehearing en banc, it is

FURTHER ORDERED that the petitions for rehearing en banc are granted and that the judgment of April 29, 2004, is hereby vacated. It is

FURTHER ORDERED that the Clerk shall schedule these matters for argument before the court sitting en banc as soon as the calendar permits. It is

FURTHER ORDERED that the parties shall simultaneously file new briefs on or before November 8, 2004, and shall file responsive briefs no later than November 23, 2004. Each party shall file ten copies of its briefs. These new briefs shall be specifically designed for consideration by and addressed to the en banc court and shall supersede all briefs previously filed in these appeals. It is

FURTHER ORDERED that any requests for extension of time will be looked upon with disfavor and will be granted only upon a showing of good cause.

In re T.T.C.

In re T.C.

In re V.T.C.

E.T.O., Appellant.

Nos. 02–FS–136, 02–FS–152 and 02–FS–153.

District of Columbia Court of Appeals.

Feb. 16, 2005.

Before: WAGNER, Chief Judge; TERRY, SCHWELB, FARRELL, RUIZ, REID, GLICKMAN * and WASHINGTON,* Associate Judges; STEADMAN,* Senior Judge.

ORDER

PER CURIAM.

On consideration of appellant's petition for rehearing or rehearing en banc, the consent motion of appellee, District of Columbia, to late file the lodged opposition to the petition, and the statement of appellee, L.O.C., it is

ORDERED that the motion of appellee, District of Columbia, to late file the opposition is granted and the Clerk is directed to file the lodged opposition to the petition. It is

FURTHER ORDERED by the merits division * that the petition for rehearing is granted to the extent that this court's opinion filed August 5, 2004, 855 A.2d 1117, is amended by striking, in their entirety, the last two sentences in the first paragraph at the top of page 1121. It is

FURTHER ORDERED that the petition for rehearing is otherwise denied; and it appearing that no judge of this court has called for a vote on the petition for rehearing en banc, it is

FURTHER ORDERED that the petition for rehearing en banc is denied.

**WOODLAND LIMITED PARTNERSHIP, et al., Appellants,**

v.

**Erik B. WULFF, Appellee.**

No. 03–CV–266.

District of Columbia Court of Appeals.

Argued June 3, 2004.

Decided Feb. 17, 2005.